**Motion GRANTED and Order filed September 25, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00810-CV
_____

**IN RE DAWN LIPPIAN, Relator**

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
COUNTY COURT AT LAW NO 2
Brazoria County, Texas
Trial Court Cause No. CI53247**

---

## ORDER

On September 24, 2015, relator Dawn Lippian, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Marc Holder, Judge of the COUNTY COURT AT LAW NO 2, in Brazoria County, Texas, to set aside his order of immediate possession dated September 21, 2015, entered in trial court number CI53247, styled *Quang Tran v. Dawn Lippian.*

Relator claims respondent abused his discretion in issuing this order because relator filed an appeal bond before entry of the order.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On September 24, 2015, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion in part and issue the following order:

We **ORDER** the order of immediate possession signed on September 21, 2015 in trial court cause number CI53247, *Quang Tran v. Dawn Lippian,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Quang Tran, the real party-in-interest, to file a response to the petition for writ of mandamus on or before October 2, 2015**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.